# MEMORANDUM DECISIONS.

Albion Mining and Manufacturing Company, Appellant, vs. W. F. Hughey, T. H. Willard and J. D. Riley, partners doing business under the firmt name of Riley & Willard, Appellees.

### DIVISION B.

Appeal from the Circuit Court, Alachua county; William A. Hocker, Judge.

*William Wade Hampton,* for Appellants.

*Horatio Davis,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.